State v. Haith

STATE OF NORTH CAROLINA v. RALPH M. HAITH

No. 7315SC150

(Filed 14 March 1973)

APPEAL by defendant from *Cooper, Judge,* 7 August 1972 Session of Superior Court held in ALAMANCE County.

*Attorney General Robert Morgan and Special Counsel Ralph Moody for the State.*

*T. Paul Messick for defendant appellant.*

HEDRICK, Judge.

The defendant, Ralph M. Haith, was charged in a bill of indictment, proper in form, with felonious escape.

The record affirmatively discloses that the defendant, represented by court appointed counsel, freely, understandingly, and voluntarily pleaded guilty to the charge of felonious escape. The judgment imposing a prison sentence of twenty-four months is within the limits prescribed by statute for the offense charged. G.S. 148-45.

We have carefully reviewed the record and no prejudicial error appears on the face thereof. The judgment is

Affirmed.

Judges BRITT and PARKER concur.